

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Austin Ray Jordan,

Vs. No. 11-21-00268-CR

The State of Texas,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 13136.

\* July 7, 2023

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete "TRUE" in the section titled "Plea to Motion to Adjudicate" and to delete "FIVE (5) YEARS INSTITUTIONAL DIVISON" in the section titled "Terms of Plea Bargain." As modified, we affirm the judgment of the trial court.